THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VICTOR SHNEGELBERGER,

        Petitioner,

v.          1:19-CV-1822
               (JUDGE MARIANI)

CRAIG LOWE, Warden of Pike
County Correctional Facility,

        Respondent.

## ORDER

AND NOW, THIS \_\_\_7th\_\_\_ DAY OF DECEMBER, 2020, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 7) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 7) is **ADOPTED** for the reasons stated therein.

2. The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED AS MOOT**.

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge